UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:16-81190-MARRA/MATTHEWMAN

ANGEL VALENCIA

    Plaintiff,
v.

FLORIDA AQUASTORE AND UTILITY
CONSTRUCTION, INC. and
MARCELO SICURO,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, Florida Aquastore and Utility Construction, Inc. ("Florida Aquastore") and Marcelo Sicuro ("Mr. Sicuro") (Florida Aquastore and Mr. Sicuro are collectively, the "Defendants"), by and through their undersigned counsel and on behalf of all parties, hereby advise the Court that the parties have reached a settlement of the above-styled case. The parties are in the process of preparing a formalized written settlement agreement, and, in accordance with the requirements of *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the parties will file a Joint Motion seeking the Court's approval of the FLSA settlement shortly.

Dated: September 1, 2016.          Respectfully submitted,

        By: */s/ Arlene K. Kline*
        Arlene K. Kline
        Florida Bar No. 104957
        E-mail: arlene.kline@akerman.com
        Shayla N. Waldon
        Florida Bar No. 105626
        E-mail: shayla.waldon@akerman.com
        **AKERMAN LLP**

        777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL  33401-6183
Telephone:  (561) 653-5000
Facsimile:  (561) 659-6313
*Attorneys for Defendants, Florida Aquastore and Utility Construction, Inc. and Marcelo Sicuro*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Arlene K. Kline*
    Arlene K. Kline
    Florida Bar No. 104957

## SERVICE LIST

*Angel Valencia v. Florida Aquastore and Utility Construction, Inc. and Marcelo Sicuro*
**Case No.: 9:16-81190-MARRA/MATTHEWMAN**
**United States District Court, Southern District of Florida**
**West Palm Beach Division**

Brian H. Pollock, Esq.
E-mail: brian@fairlawattorney.com
FairLaw Firm
7300 N. Kendall Drive, Suite 450
Miami, FL 33156
Tel: (305) 230-4884
Fax: (305) 230-4844
*Counsel for Plaintiff, Angel Valencia*
*(via CM/ECF)*

{39319588;2}